**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KLEINOW, et al., ) | No. EDCV 12-1259-UA(CW) |
| Plaintiff, ) | ORDER DENYING IFP REQUEST AND |
| v. ) | CLOSING CASE |
| SAN BERNARDINO COUNTY, et al.,) | |
| Defendants, ) | |

On August 9, 2012, this Court denied Plaintiff leave to file the action without prepayment of the full filing fee with leave to amend. [Docket no. 2.]  Plaintiff was advised to resubmit the IFP request and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and that failure to do so would result in closure of the case.  Plaintiff was also advised on multiple defects in the proposed complaint that must be addressed in order to proceed on amendment.

//

//

//

1

Plaintiff has failed to submit a timely response.  Accordingly, it is **ORDERED** that the IFP request be denied and the case be closed.

DATED:      9/20/12

_____
GEORGE H. KING
Chief United States District Judge

Presented by
Dated: September 17, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge

2